IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | Criminal No. 17CV 30198 MJR |
| vs.    ) | |
| ) | Title 41, United States Code, |
| JAMES GILLIS,    ) | Section 2102(a) |
| ) | |
| Defendant.    ) | |

**FILED**
NOV 2 7 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**INFORMATION**

**THE UNITED STATES ATTORNEY CHARGES:**

**Government Procurement Fraud**

On or about April 18, 2016, in Saint Clair County within the Southern District of Illinois,

**JAMES GILLIS**,

defendant, who was a present official of the United States government, knowingly disclosed source selection information before the award of the Federal procurement contract to which the information related, in violation of Title 41, United States Code, Sections 2102(a) and 2105(a).

UNITED STATES OF AMERICA

_____
DONALD S. BOYCE
United States Attorney

_____
MICHAEL J. QUINLEY
Assistant United States Attorney

Bond recommendation:  $5,000 unsecured